John David TERRY *v.* John A. WHITE, in His Capacity as
Chancellor of the University of Arkansas at Fayetteville; and
Alan B. Sugg, in His Capacity as President of the
University of Arkansas System

07-1143                                         269 S.W.3d 377

Supreme Court of Arkansas
Opinion delivered December 6, 2007

PER CURIAM. On November 1, 2007, Appellant John
David Terry filed a motion for suspension or stay of order.
Appellees, John A. White, Chancellor of the University of Arkansas,
Fayetteville, and B. Alan Sugg, President of the University of Arkansas System, timely filed a response to the motion. On November 8,
2007, this court issued a summary order granting Appellant's motion
for suspension or stay of order. Now before the court is Appellees'
motion for clarification or reconsideration of the court's November 8,
2007 order.

Upon consideration of Appellees' motion for clarification and Appellant's response thereto, and for good cause shown,
we hereby clarify that all proceedings in the circuit court are stayed
pending resolution of the matters on appeal. In other words, all
parties are admonished to maintain the *status quo.*